Order filed July 2, 2013



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00026-CV

_____

**FORMOSA MANAGEMENT, LLC, Appellant**

**V.**

**TRINA WACASEY, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30881**

---

## O R D E R

Appellant's brief was due June 17, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **July 17, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM